SHANE JASMINE YOUNG
Nevada Bar No.: 9457
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada  89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: youngs@ballardspahr.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNN MANANSALA,<br><br>            Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., a foreign corporation licensed to do business in Nevada; DOES 1 through 20; ROE CORPORATIONS 1 through 20; DOE INVESTORS 1 through 20; and DOE NOTE HOLDERS 1 through 20, inclusive,<br><br>            Defendants. | CASE NO.   2:09-cv-1852-RCJ-RJJ |

**ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Defendant ReconTrust Company, N.A. ("Defendant"), having filed a Motion to Dismiss (the "Motion") [#7]; Plaintiff having no opposition; and the Court having duly considered Defendant's Motion and other papers on file;

**THE COURT HEREBY ORDERS** that:

(1)      Defendant's Motion is GRANTED;

(2)      This action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

(3)      Any lis pendens on the subject property is to be expunged by Plaintiff within ten (10) days of this Order.

///

DMWEST #7727082 v1

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 08-11-2010

Respectfully submitted this 28th day of July, 2010.

BALLARD SPAHR LLP

/s/ Shane Jasmine Young
SHANE JASMINE YOUNG
Nevada Bar No. 9457
100 North City Parkway, Suite 1750
Las Vegas, Nevada  89106

*Attorney for Defendant*